IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MICHAEL ISAAC                                                                                          PLAINTIFF

v.                                                                                                  No. 2:07CV41-P-A

DESOTO COUNTY NARCOTICS UNIT                                                                  DEFENDANT

**ORDER OF DISMISSAL**

This matter comes before the court on the *pro se* complaint of Michael Isaac against the defendants for assault. Isaac did not effect service of process within 120 days, and the Clerk of the Court issued a Notice of Incomplete Process on January 9, 2008, warning the plaintiff that he must, within ten days, show good cause for his failure – and that "[f]ailure to respond to this notice within the time allotted will result in the dismissal of the action without prejudice." The ten-day deadline expired more than a year ago. As such, this case is hereby **DISMISSED** without prejudice for failure to timely effect service of process.

**SO ORDERED,** this the 15th day of December, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE